## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

|  |  |  |
|---|---|---|
| **GEC, LLC,** | ) | |
| | ) | |
| Plaintiff | ) | **SX-18-CV-0058** |
| | ) | |
| v. | ) | **CLAIM AGAINST PERFORMANCE BOND** |
| | ) | |
| **ARGONAUT INSURANCE COMPANY** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant | ) | |

### RULE 7.1 DISCLOSURE STATEMENT OF GEC, LLC

Defendant GEC, LLC ("GEC"), by and through its attorneys, HUNTER & COLE, provides the following Disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

GEC is a limited liability company organized and existing under the laws of the U.S. Virgin Islands. GEC is wholly and directly owned by individual Virgin Islands citizens. No publicly held corporation owns any interest in GEC.

Respectfully submitted,

HUNTER & COLE
Attorneys for GEC, LLC.

DATED: January 25, 2019          BY:    /s/Warren B. Cole
                                          Warren B. Cole, Esq.
                                          1138 King Street, Ste. 3
                                          Christiansted, VI  00820
                                          Tel.: (340) 773-3535
                                          Fax: (340) 778-8241
                                          wbcole@huntercolevi.com