# Exhibit B

| From: | frank.bigelis@gmail.com |
|---|---|
| To: | Warren Bruce Cole |
| Cc: | "Lavitt, Robert"; "John Wessel"; "Jon Adams"; frank.bigelis@gmail.com |
| Subject: | RE: Surety"s engineer"s site visit |
| Date: | Thursday, October 18, 2018 8:09:27 AM |

```
Bruce:

Attendees:
Danny Alldredge
Lane Young
Frank Bigelis

Tuesday, October 23 @9:00am
Wednesday, October 24 @9:00am

Provision of access for inspection.

Thanks - Frank
```

**From:** Warren Bruce Cole <WBCOLE@huntercolevi.com>
**Sent:** Thursday, October 18, 2018 7:41 AM
**To:** frank.bigelis@gmail.com
**Cc:** 'Lavitt, Robert' <robert.lavitt@argosurety.com>; 'John Wessel' <jwessel@gecusvi.com>; 'Jon Adams' <jadams@gecusvi.com>
**Subject:** RE: Surety's engineer's site visit

Frank:

Please confirm date and time and a list of the attendees. If you are asking for any action to be taken by GEC or JDC other than providing access, please provide a description and protocol.

Regards,

Bruce Cole

**From:** frank.bigelis@gmail.com [mailto:frank.bigelis@gmail.com]
**Sent:** Thursday, October 04, 2018 6:58 PM
**To:** Warren Bruce Cole <WBCOLE@huntercolevi.com>
**Cc:** 'Lavitt, Robert' <robert.lavitt@argosurety.com>; 'John Wessel' <jwessel@gecusvi.com>; 'Jon Adams' <jadams@gecusvi.com>; frank.bigelis@gmail.com
**Subject:** RE: Surety's engineer's site visit

```
Bruce:

Tuesday – Wednesday.  Same attendees as before, but I will
formalize a list to you as well.

Thanks - Frank
```

**From:** Warren Bruce Cole <WBCOLE@huntercolevi.com>
**Sent:** Thursday, October 4, 2018 5:58 PM
**To:** frank.bigelis@gmail.com
**Cc:** 'Lavitt, Robert' <robert.lavitt@argosurety.com>; John Wessel (jwessel@gecusvi.com) <jwessel@gecusvi.com>; 'Jon Adams' <jadams@gecusvi.com>
**Subject:** RE: Surety's engineer's site visit

Frank:

I think we can accommodate. Which days?

Please send a list of attendees. If people are going to be climbing on roofs and/or opening electrical boxes, I think the Owner will probably want hold harmless agreements – they needn't be elaborate.

Bruce Cole

---

**From:** frank.bigelis@gmail.com [mailto:frank.bigelis@gmail.com]
**Sent:** Thursday, October 04, 2018 4:42 PM
**To:** Warren Bruce Cole <WBCOLE@huntercolevi.com>
**Cc:** 'Lavitt, Robert' <robert.lavitt@argosurety.com>; frank.bigelis@gmail.com
**Subject:** Surety's engineer's site visit

```
Bruce:

Our expert who was scheduled to inspect the Project has had to
delay by a week, and wants to come down the week of 10/22.
Does that work?  Will GEC be able to provide the access as you
and I discussed on two days that week?

Thanks - Frank
```