# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| ALPHA ENERGY, a division of ALPHA TECHNOLOGIES SERVICES, INC. ) ) ) | SX-17-CV-015 |
| Plaintiff ) | |
| v. ) | |
| ) | COMPLAINT FOR BREACH OF CONTRACT, |
| GEC, LLC, and CONTINENTAL ) CASUALTY COMPANY ) | UNJUST ENRICHMENT, AND CLAIM AGAINST PAYMENT BOND |
| ) | |
| Defendants ) | |
| GEC, LLC, ) | |
| ) | SX-18-CV-058 |
| Plaintiff ) | |
| v. ) | |
| ) | CLAIM AGAINST PERFORMANCE BOND |
| ARGONAUT INSURANCE COMPANY ) ) | |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

## NOTICE OF FILING GEC SUPPLMENTAL RULE 26(a) DISCLOSURES

GEC, LLC, ("GEC"), gives notice that the originals of GEC's Supplemental Disclosures Pursuant to Fed.R.Civ.P 26(a)(1)(A)(ii) were served on opposing counsel via electronic mail to: Carl A. Beckstedt, III, Beckstedt & Associates, 2162 Church Street, Christiansted, VI 00820; Frank L. Bigelis, Esq., 104 Dunbarton Drive, Saint Simons Island, GA 35122; Kyle R. Waldner, Quintarios, Prieto, Wood & Boyer, P.A., 9300 South Dadeland Blvd., 4th Floor, Miami, FL. 33156; Paul H. Mandal, Esq., David C. Dreifuss, Esq., and Maddalena R. Zefferino, Esq., Dreifuss Bonacci & Parker, PC, 26 Columbia Turnpike, Suite 101, North Entrance, Florham Park, New Jersey 07932 on this 12th day of June, 2019.

Respectfully submitted,

HUNTER & COLE
Counsel for Defendant/Counterclaimant
GEC, LLC

DATED: June 12, 2019 By:    /s/Warren B. Cole
                                         Warren B. Cole, Esq.
                                         V.I. Bar No. 283
                                         1138 King Street, Ste. 3
                                         Christiansted, St. Croix
                                         U.S. Virgin Islands 00820
                                         (340) 773-3535
                                         wbcole@huntercolevi.com