# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| ALPHA ENERGY, a division of ALPHA TECHNOLOGIES SERVICES, INC. ) ) ) ) Plaintiff ) ) v. ) ) ) GEC, LLC, and CONTINENTAL ) CASUALTY COMPANY ) ) ) Defendants ) ) | SX-17-CV-015<br><br>COMPLAINT FOR BREACH OF CONTRACT, UNJUST ENRICHMENT, AND CLAIM AGAINST PAYMENT BOND |
| GEC, LLC, ) ) ) Plaintiff ) ) v. ) ) ) ARGONAUT INSURANCE ) COMPANY ) ) Defendant. ) | SX-18-CV-058<br><br>CLAIM AGAINST PERFORMANCE BOND<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DEPOSITION DUCES TECUM
## OF ROBERT G. LAVITT

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, and 34, Defendant GEC, LLC will take the deposition of Mr. Robert G. Lavitt on **Wednesday, March 11, 2020** at **1:30 p.m.** at the Offices of Dreifuss Bonacci & Parker, Five Penn Plaza, 23rd Floor, New York, New York 10001 for the purposes of discovery, or use in trial or later proceedings, or both.

This deposition will continue from day to day until completed.

Deponent Mr. Robert G. Lavitt is requested to produce at the deposition all items listed on Exhibit A.

                                                            Respectfully submitted,

                                                            HUNTER & COLE
                                                            Attorneys for GEC, LLC.

DATED: February 11, 2020          BY:   /s/Warren B. Cole
                                                              Warren B. Cole, Esq.
                                                              1138 King Street, Ste. 3
                                                              Christiansted, VI 00820
                                                              Tel.: (340) 773-3535
                                                              Fax: (340) 778-8241
                                                              wbcole@huntercolevi.com